

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Buildig*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

# **MEMO ENDORSED**

September 23, 2024

**By ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

**Re:**   *United States v. John Gass*, 24 Cr. 523 (LTS)

Dear Judge Swain:

Pursuant to Federal Rule of Criminal Procedure 16(d), the Government respectfully moves for the entry of the Proposed Protective Order ("PPO") attached hereto as Exhibit A.  Defense counsel does not object to entry of the PPO.

Additionally, the Government respectfully requests that an initial pretrial conference be scheduled for October 16, 2024, at 11:30 a.m., which the parties understand is convenient for the Court.  On September 11, 2024, Magistrate Judge Sarah Cave excluded time until that date.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/
     Elizabeth A. Espinosa
     Assistant United States Attorney
     (212) 637-2216

The foregoing request is granted. An initial pretrial conference in this matter is hereby scheduled for **October 16, 2024, at 11:30 A.M.** in Courtroom 17C.  DE 10 resolved.
SO ORDERED.
9/24/2024
/s/ Laura Taylor Swain, Chief USDJ