**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

# MEMO ENDORSED

April 2, 2025

**BY ECF & EMAIL**

Hon. Laura Taylor Swain
Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. John Gass, 24-CR-523 (LTS)

Dear Chief Judge Swain:

    The Defense writes with the consent of the government to request that the Court advance the currently scheduled change of plea on April 8, 2025 at 12:00 PM to 30 minutes earlier at 11:30 AM.

    It is undersigned counsel's understanding that this adjustment is necessary for the Court to entertain the Defense's anticipated oral bail application after the change of plea.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

The foregoing request is granted. DE 27 resolved.
SO ORDERED.
4/3/2025
/s/ Laura Taylor Swain, Chief USDJ