UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                             No.  24-CR-523-LTS

JOHN GASS                                           <u>Order</u>

        Defendant.

-------------------------------------------------------x

        The sentencing hearing in this case is hereby adjourned July 15, 2025 to **11:00 a.m. on September 23, 2025**.  The hearing will be conducted in **Courtroom 17C**.  Docket entry no. 32 is resolved.

        SO ORDERED.

Dated: New York, New York                        /s/ Laura Taylor Swain
       June 27, 2025                             LAURA TAYLOR SWAIN
                                                      Chief United States District Judge