# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

**BY ECF & EMAIL**

**MEMO ENDORSED**

September 4, 2025

Hon. Laura Taylor Swain
Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. John Gass, 24-CR-523 (LTS)

Dear Chief Judge Swain:

The Defense writes to request a continuance of both the current sentencing date and the timetable for sentencing submissions outlined in the Court's Individual Practices.

The current sentencing date is scheduled for September 23, 2025. There has been one prior adjournment. Undersigned counsel has communicated with the government, and they do not oppose this request.

The date of October 20, 2025 at 12 PM works for both parties for the rescheduling of the sentencing date, with the respective submissions adjusted to conform with the Court's Individual Practices.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defenders
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

---

The foregoing request is granted. The sentencing hearing is hereby adjourned from September 23, 2025 to **October 20, 2025** at **12:00 p.m.** DE 35 resolved.

SO ORDERED
9/5/2025
/s/ Laura Taylor Swain, Chief USDJ