UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                                                              No.   24-CR-523-LTS

JOHN GASS,

        Defendant.

-------------------------------------------------------x

### SEALING ORDER

At the sentencing hearing on October 20, 2025, the Government moved for the sealing of the document submitted as Exhibit A of their sentencing submission (docket entry no. 38). The Government seeks sealing of Exhibit A to protect the identity of the victim in this case. The Government's request for sealing is granted.

To effectuate sealing, the Government is directed to promptly bring an unredacted copy of Exhibit A of the Government's sentencing submission to the Court's Records Management Department (500 Pearl Street, Room 370) to be filed under seal, along with a copy of this Order.

      SO ORDERED.

Dated: New York, New York
       October 20, 2025

                                                        /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge