UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                                                No. 24 crim 523 (LTS)

JOHN GASS,

                    Defendant.

-------------------------------------------------------X

## ORDER

In letter submission docketed as docket entry no. 41 in the above-captioned matter, Defendant John Gass raised the contention of ineffective assistance of counsel. In light of this contention, Mitchell E. Schwartz, Esq., is relieved as CJA counsel for the defendant. Karloff Commissiong, Esq., is now appointed as CJA counsel for Mr. Gass.

       SO ORDERED.

Dated: New York, New York
       October 28, 2025

                                                             /s/ *Laura Taylor Swain*
                                                             LAURA TAYLOR SWAIN
                                                             United States District Judge