UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                             No.   24-CR-523-LTS

JOHN GASS,

        Defendant.

-------------------------------------------------------x

### Order

        On April 8, 2025, Defendant John Gass pleaded guilty to a one-count indictment charging him with possession of ammunition after he had been convicted of a felony, in violation of 18 U.S.C. section 922(g)(1). On October 20, 2025, Mr. Gass was sentenced principally to a custodial sentence of seventy-seven months to be followed by three years of supervised release. Judgment was entered on October 24, 2025. (See docket entry no. 40.) On October 27, 2025, the Court received pro se letter from Mr. Gass, framed as a request for relief pursuant to 28 U.S.C. section 2255 from his conviction and sentence, based on contentions including ineffective assistance of counsel. The letter has been docketed as docket entry no. 41 in the above case. Because no appeal has been filed, and in light of Mr. Gass's allegation of ineffective assistance of counsel, the Court has not yet characterized the letter for procedural purposes, and the Court has appointed Karloff Commissiong, Esq., as new CJA counsel for Mr. Gass.

        Mr. Commissiong is hereby directed to meet with Mr. Gass as soon as possible regarding his application, including whether it should be construed as a notice of appeal rather than a petition pursuant to section 2255. Moreover, Mr. Commissiong and the Government are

directed to meet and confer and to file, by **October 31, 2025**, a joint letter setting forth their views as to appropriate next steps.

SO ORDERED.
Dated: New York, New York
      October 28, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge
