# KARLOFF COMMISSIONG, ESQ.

ATTORNEY AT LAW
405 LEXINGTON AVENUE
9TH FLOOR
NEW YORK, NY 10174

October 31, 2025

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Laura T. Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. John Gass</u> 24 Cr. 523 (LTS)

Dear Judge Swain:

I write to request an extension of time to respond to the Court's Order dated October 28, 2025, until Wednesday, November 5, 2025. The government does not object to this request.

Your Honor appointed me to represent Mr. Gass in connection with his letter to the Court dated October 24, 2025, in which he raised concerns regarding the effectiveness of his prior counsel. The Court ordered me to "to meet with Mr. Gass as soon as possible regarding his application, including whether it should be construed as a notice of appeal rather than a petition pursuant to section 2255" and confer with the government and file a letter by today, October 31, 2025, setting forth, in a joint letter, our views as to appropriate next steps in this matter. <u>See</u> E.C.F. at 43.

I have not yet been able to meet with Mr. Gass, who is currently housed at MDC Brooklyn, to discuss these matters with him. An extension until November 5, 2025 will allow sufficient time to conduct that meeting, confer with the government, and submit the required joint letter.

Accordingly, I respectfully request that the Court extend the deadline to November 5, 2025.

Respectfully Submitted,
*Karloff Commissiong*
Karloff Commissiong, Esq.

The foregoing request is granted. The parties shall submit a joint letter by **November 5, 2025**.

cc:   A.U.S.A. Elizabeth Espinosa

SO ORDERED.
11/3/2025
/s/ Laura Taylor Swain, Chief USDJ