UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                              No.   24-CR-523-LTS

JOHN GASS,

        Defendant.

-------------------------------------------------------x

## ORDER

In light of the joint letter submitted by the parties on November 5, 2025 (docket entry no. 47), the Government is directed to respond to Mr. Gass's section 2255 petition by **November 24, 2025**.  Defense Counsel shall file its reply, if any, by **December 1, 2025.**

SO ORDERED.
Dated: New York, New York
       November 10, 2025

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge