UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                    No.   24-CR-523

JOHN GASS,

      Defendant.

-------------------------------------------------------x

ORDER REGARDING PRO SE SUBMISSION

On January 9, 2026, the Court received a pro se submission dated December 15, 2025 from Mr. Gass, which he submitted in relation to his pending motion under 28 U.S.C. section 2255.   It has been filed as docket entry no. 53 in the above-captioned case.  Because Mr. Gass is represented by counsel, the Court will not act on this pro se submission.  See SDNY Local Rule 49.2.  Defense Counsel is directed to review the submission and confer with Mr. Gass.  If Defense Counsel determines that any additional submission to the Court is appropriate, counsel must make such submission in accordance with the applicable court rules and procedures.

     SO ORDERED.

Dated: New York, New York
      January 12, 2026

                      /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
                      Chief United States District Judge